1  KIM A. SMITH, SBN 99554
   KATHLEEN M. ABDALLAH, SBN 137673
2  KROLOFF, BELCHER, SMART,
   PERRY & CHRISTOPHERSON
   7540 Shoreline Drive (95219)
3  P.O. Box 692050
   Stockton, CA 95269-2050
4  (209) 478-2000

5  Attorneys for Defendant
   U.S. Propeller Service of California, Inc.
6

FILED

FEB 10 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIF.

7               U.S. DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
8

9  NEW ENGLAND PROPELLER SERVICE,
   INC; and ARTHUR M. D'ONOFRIO,           Case No. CIV. S-00-0212 FCD GGH
10
           Plaintiffs,                     STIPULATION AND ORDER DISMISSING
11                                         CASE WITH PREJUDICE
   vs.
12
   VINCENT NASTRO; U.S. PROPELLER
13 SERVICE OF CALIFORNIA, INC.; et al.,

14         Defendants.

15 _____//

16

17

18
       IT IS HEREBY STIPULATED by, between and among the parties herein that, pursuant to
19
   the settlement reached by, between and among the parties hereto and other third parties in that
20
   bankruptcy proceeding entitled *In re Arthur M. D'Onofrio, Jr.,* Case No. 04-33561 filed in the
21
   United States Bankruptcy Court, District of Connecticut, the above-entitled action is dismissed in its
22
   entirety with prejudice as against Vincent Nastro and U.S. Propeller Service of California, Inc.
23
   Each party shall bear his/its own costs and attorney fees.
24

25

26

27
   41655928.1 066266-00000                    1
28 January 11, 2006 1:23 PM

1
2          NEW ENGLAND PROPELLER SERVICE,
           INC AND ARTHUR M. D'ONOFRIO
3          by their attorneys
4
   Dated: JANUARY 11, 2006
5
           Scott D. Johannessen, Sbn 128841
6          U.S. Bank Plaza
           980 Ninth Street, Sixteenth Floor
7          Sacramento, California 95814
           Telephone: 877- 863-5400
8          Facsimile: 877- 863-5401
9
10
11
12 Dated: January 25, 2006          VINCENT NASTRO
                                    by his attorneys
13
14
           Kim A. Smith, Sbn 99554
15         Kathleen M. Abdallah, Sbn 137673
16         Kroloff, Belcher, Smart,
           Perry & Christopherson
17         7540 Shoreline Drive (95219)
           P.O. Box 692050
18         Stockton, Ca 95269-2050
19         (209) 478-2000
20
21
22
23
24
25
26
27
   41655928.1 066266-00000                 2
28 January 11, 2006 1:23 PM

ORDER

IT IS SO ORDERED.

Dated: January 9, 2006

_[signature]_

JUDGE OF THE UNITED STATES DISTRICT COURT

41555928.1 065266-00000
January 11, 2006 1:23 PM

3

### PROOF OF SERVICE - CCP 1013a(3)

I am employed in the County of San Joaquin, State of California. I am over the age of 18 and not a party to the within action; my business address is 7540 Shoreline Drive; P.O. Box 692050; Stockton, California 95269-2050

I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postage service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

On January 26, 2006, I served the following:

**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**

X    by placing [_] the original [ X ] a true copy thereof enclosed in sealed envelopes addressed as stated below. I caused such envelope(s) to be deposited in the mail at Stockton, California. The envelope(s) was/were mailed with postage thereon fully prepaid.

_    by causing a true copy thereof to be delivered by hand to the office of the addressee(s) as stated below.

_    by causing a true copy thereof to be delivered VIA FACSIMILE to the offices of the addressee(s) as stated below.

_    by causing a true copy thereof to be placed in a sealed UPS overnight package with postage fully prepaid in the designated area for UPS addressed as stated below.

Scott D. Johannessen  
400 Capitol Mall, Suite 900  
Sacramento, CA 95814-4430  

Vincent Nastro  
P.O. Box 2482  
Livermore, CA 94550  

David F. Anderson  
HAUSER & MOUZES  
18826 N. Lower Sacramento Road, Suite H  
Post Office Box 1397  
Woodbridge, CA 95258-1397  

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 26, 2006 at Stockton, California.

*/s/ Mona L. Shelby*  
Mona L. Shelby